# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 18-180-2 |
| | : | |
| **LUIS ALGARIN-TORRES** | : | |
| | : | |

## ORDER

**AND NOW**, this 21st day of February, 2024 it is hereby **ORDERED** that the Defendant's Motion for Judgment of Acquittal (Doc. No. 348) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.